**FILED**

March 22, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:05-cr-90 WBS |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| Robert Osborn, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Robert Osborn  Case No. 2:05-cr-90 WBS

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

⎯     Release on Personal Recognizance

⎯     Bail Posted in the Sum of _____

X     $50,000 Unsecured Appearance Bond signed by deft and Yolanda

        Palmerin

⎯     Appearance Bond with 10% Deposit

⎯     Appearance Bond secured by Real Property

⎯     Corporate Surety Bail Bond

X     (Other) PTS conditions/supervision

Issued at Sacramento, CA  on 3/22/06 _____ at 9:45 a.m.

By _____

Kimberly J. Mueller
United States Magistrate Judge