**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
HUGO RAMIREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> HUGO RAMIREZ, et al., ) <br> ) <br> ) <br> DEFENDANTS ) <br> _____) | CR.-S-05-90-WBS <br><br> **BRIEFING SCHEDULE AND** STIPULATION FOR BRIEFING SCHEDULE AND TO VACATE CURRENT TRIAL DATE AND PROPOSED ORDER |

Plaintiff, The United States of America, represented by the United States Attorney, McGregor W. Scott and Assistant United States Attorney, Matthew D. Segal, and defendant HUGO RAMIREZ, represented by his attorney, Mr. James R. Greiner, and defendant, ROBERT OSBORN, represented by his attorney, Ms. Shari Rusk, request that the Court vacate the current pretrial motions deadline and trial date, and agree and stipulate to, and request that the Court order, the following briefing schedule regarding Defendants' motions in this case:

Defendants opening briefs filed
on or before                                                        Wednesday, October 4, 2006

1

| | |
|---|---|
| Government's opposition filed on or before | Wednesday, November 1, 2006 |
| Defendant's reply filed on or before | Wednesday, November 15, 2006 |
| Hearing on motions | Wednesday, December 6, 2006 |

As to Defendant Ramirez, time under the Speedy Trial Act continues to be tolled as the Court is considering motions. 18 U.S.C. § 3161(h)(1)(F). Further, the undersigned parties agree that failure to grant this continuance would deny counsels for Defendant Ramirez and the Government the reasonable time for effective preparation of the motions to be filed and responded to according to the above schedule, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The briefing will require the transcription and analysis of recorded conversations and the analysis of legal issues related thereto. Counsel for the United States requests one month to answer the motions, as thus far the Defendants have had more than one year to analyze facts and law related to the multiple motions that have filed and intend to file. Therefore, the ends of justice served by granting this continuance outweigh the best interests of the public and Defendant Ramirez in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Defendant Osborn has withdrawn from Defendant Ramirez's motions. Nonetheless, time is excluded as to him due to the pendency of his co-defendant's motions and the necessity for his co-defendant's counsel to prepare. 18 U.S.C. § 3161(h)(7). Congress enacted that subsection in order to avoid multiple trials in conspiracies, even for defendants who have expressed different preferences about the timing of trial. United States v. Varella, 692 F.2d 1352, 1359 (11th 1982). Moreover, once defendant Osborn files his own motion to suppress, the Speedy Trial Act clock will again be tolled because of his own motion. 18 U.S.C. § 3161(h)(1)(F)

In addition, the parties request the Court to vacate the current trial date

scheduled for Tuesday, October 17, 2006, due to the pending motions, the briefing schedule for the motions and the hearing on the motions.

>
> Respectfully submitted,
> McGREGOR W. SCOTT
> UNITED STATES ATTORNEY

DATED: 9-21-06         /s/ MATTHEW D. SEGAL
_____
MATTHEW D. SEGAL
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 9-21-06         /s/ SHARI RUSK
_____
SHARI RUSK
ATTORNEY FOR DEFENDANT
ROBERT OSBORN

DATED: 9-21-06         /s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
HUGO RAMIREZ

## ORDER

**FOR GOOD CAUSE SHOWN, THE TRIAL DATE OF OCTOBER 17, 2006 IS VACATED.**  However, this case shall remain on calendar for status conference on October 11, 2006, at 9:00 a.m.  At that time, counsel shall be prepared to formalize the briefing schedule on the above described motions and agree on a trial date.

DATED: September 26, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28