1 | Shari Rusk
    Attorney at Law
2 | Bar # 170313
    1710 Broadway, # 111
3 | Sacramento, California 95818
    Telephone (916) 804-8656
4 |
    Attorney for Defendant
5 | ROBERT OSBORN

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                              --o0o--
11  UNITED STATES OF AMERICA,
                                    No. CR-05-090 WBS
12          Plaintiff,
                                    ORDER
13
        vs.
14  ROBERT OSBORN,

15          Defendant.
    _____/
16
            ROBERT OSBORN appeared before this Court on Friday,
17
    October 13, 2006 at 2:00 p.m., requesting an order that Pre-trial
18
    Services release his positive urine samples to a certified
19
    laboratory for re-testing by the defense.  Mr. Osborn has a due
20
    process right to contest the positive finding for possession of
21
    narcotics based on his urine analysis.
22
    /////
23
    /////
24
    /////
25
    /////
26
    /////
27

28                                                                  1

1 | The government did not oppose this request.  Therefore, the Court orders that Pre-trial services release the positive urine samples of Mr. Osborn's to a certified laboratory.

**It is so ordered.**

Dated: November 14, 2006.

_____
U.S. MAGISTRATE JUDGE