**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
HUGO RAMIREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> HUGO RAMIREZ, et al., ) <br> ) <br> ) <br> DEFENDANTS ) <br> _____ ) | CR.-S-05-90-WBS <br><br> **BRIEFING SCHEDULE,** <br> STIPULATION AND ~~PROPOSED~~ ORDER |

Plaintiff, The United States of America, represented by the United States Attorney, McGregor W. Scott and Assistant United States Attorney, Matthew D. Segal, defendant ROBERT OSBORN, represented by attorney, Ms. Shari Rusk, and defendant HUGO RAMIREZ, represented by attorney, Mr. James R. Greiner, have agreed and stipulated to the modified briefing schedule regarding the motions in this case as set forth below:

Defendants opening briefs filed
on or before                                              Wednesday, November 29, 2006

1

|   |   |
|---|---|
|   | Respectfully submitted,<br>McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
|   |   |
|   | /s/ MATTHEW D. SEGAL by James R. Greiner<br>(By telephone authorization to sign) |
| DATED: 11-16-06 | _____<br>MATTHEW D. SEGAL<br>ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEY FOR THE PLAINTIFF |
|   |   |
| DATED: 11-16-06 | /s/ SHARI RUSK by James R. Greiner<br>By telephone authorization by Ms. Rusk |
|   | _____<br>SHARI RUSK<br>ATTORNEY FOR DEFENDANT<br>ROBERT OSBORN |
|   |   |
| DATED: 11-16-06 | /s/ JAMES R. GREINER<br>_____<br>JAMES R. GREINER<br>ATTORNEY FOR DEFENDANT<br>HUGO RAMIREZ |

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED:  November 20, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2