WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
DOLORES T. OSTERHOUDT (SBN 215537)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Osterhoudt@aol.com

Attorneys for Defendant
HUGO RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUGO RAMIREZ, et al.,<br><br>Defendants.<br>_____ | **No. CR S-05-0090 WBS**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING MOTIONS<br>HEARING DATE AND RESETTING<br>BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Segal, Assistant United States Attorney, attorney for plaintiff United States of America, on the one hand, and William Osterhoudt, Esq., attorney for defendant Hugo Ramirez, and Shari Rusk, attorney for defendant Robert Osborn, on the other, that:

1. The presently scheduled motion hearing date of January 22, 2007 shall be continued to Tuesday, February 20, 2007, at **8:30 am**. The Courtroom Clerk has approved of this latter hearing date.

2. Defendant shall file all motions and memoranda in support of existing motions by January 5, 2007.

3. The United States shall file its response to defendants' motions by January 26, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

4.  Defendant shall file any reply in support of their motions by February 2, 2007.

The attorneys for the Defendants are requesting this continuance so that they may have further time to evaluate evidence and prepare arguments in support of their anticipated motions. Further, new counsel for Defendant Ramirez requires time to evaluate the case generally.

It is further stipulated, that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendants in a speedy trial. 18 U.S.C. Section 3161(h)(8)(A). In particular, failure to grant this continuance would deny the Defendants reasonable time to prepare, taking into account the exercise of due diligence. 18 U.S.C. Section 3161(h)(8)(B)(iv); Local Code T4. Thus, the time from November 22, 2006 up to and including February 20, 2007 shall be excluded from computation of time under the Speedy Trial Act.

The parties further stipulate that January 5, 2007 shall be the deadline for all pretrial motions and that no such motions shall be filed thereafter. Fed. R. Crim. P. 12(c).

Respectfully submitted,

Dated: December 12, 2006

/s/ Matthew Segal (with consent)
MATTHEW SEGAL
Assistant United States Attorney

/s/ Shari Rusk (with consent)
SHARI RUSK
Attorney

/s/ William L. Osterhoudt
WILLIAM L. OSTERHOUDT
Attorney

Stipulation and [Proposed] Order Continuing Motions Hearing Date and Resetting Briefing Schedule
[No.CR-S-05-0090(WBS)]

2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's findings and its order.

Dated:  December 12, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order Continuing Motions Hearing Date and Resetting Briefing Schedule
[No.CR-S-05-0090(WBS)]

3

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the City and County of San Francisco, State of California.  I am over the age of eighteen (18) and am not a party to this action.  My business address is 135 Belvedere Street, San Francisco, California 94117.

On the date set forth below, I caused to be served the document entitled:

**STIPULATION AND ORDER CONTINUING MOTIONS  
HEARING DATE AND BRIEFING SCHEDULE**

on the party in this action as follows:

| | |
|---|---|
| Matthew Segal<br>Assistant U.S. Attorney<br>501 I Street<br>Sacramento, CA 95814 | Shari Rusk<br>Law Offices of Shari Rusk<br>1710 Broadway #111<br>Sacramento, CA 95818 |
| | Rachelle Barbour<br>Office of the Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814 |

  X   [BY ELECTRONIC SERVICE] Utilizing the ECF system of the United States District Court for the Eastern District of California.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

DATED: December 12, 2006               /s/ Christopher W. Choy
                                        Christopher W. Choy

Stipulation and [Proposed] Order Continuing Motions Hearing Date and Resetting Briefing Schedule
[No.CR-S-05-0090(WBS)]

PDF created with pdfFactory trial version www.pdffactory.com