WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES T. OSTERHOUDT (SBN 215537)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone (415) 664-4600
Facsimile (415) 664-4691

Attorneys for Defendant
Hugo Ramirez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>HUGO RAMIREZ, et al.,<br><br>    Defendants. | Case No.: S-05-0090-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET STATUS CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED, between the parties, Defendant Hugo Ramirez, through his counsel William L. Osterhoudt, Defendant Robert Osborn through his counsel Shari Rusk and the United States of America, Plaintiff, through Assistant United States Attorney Matthew Segal, to the setting of a status conference on February 12, 2007 at 10:00 a.m.

//

//

**Stipulation and [Proposed] Order To Set Status Conference**
**[CR 05-0090 WBS]**

1

PDF created with pdfFactory trial version www.pdffactory.com

Date:  February 7, 2007              Respectfully submitted,

                                     McGregor W. Scott
                                     United States Attorney

                                     /s/ Matthew Segal (per email authorization)
                                     MATTHEW SEGAL,
                                     Assistant U.S. Attorney


                                     /s/ Shari Rusk (per email authorization)
                                     SHARI RUSK,
                                     Attorney for Defendant Robert Osborn


                                     /s/ William L. Osterhoudt (e-signature on file)
                                     WILLIAM L. OSTERHOUDT,
                                     Attorney for Defendant Hugo Ramirez


## ORDER

Pursuant to stipulation of the parties, and good cause appearing therefor, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated:  February 8, 2007

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

**Stipulation and [Proposed] Order To Set Status Conference**
**[CR 05-0090 WBS]**

2

PDF created with pdfFactory trial version www.pdffactory.com