MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-05-0090 FCD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| ROBERT OSBORN, et al., | ) | |
| Defendants. | ) | |

For the sole purpose of visiting his ailing grandfather Elmer "Budd" Osborn, Defendant Robert Osborn is ordered released to the custody of Pretrial Services at 8:30 a.m. on April 24, 2007.

Defense investigator Lisa Gara is ordered to pick up the Defendant at the Pretrial Services Office at 8:30 a.m., transport the Defendant directly to the hospital to visit Elmer "Budd" Osborn, and remain with the Defendant at all times. Ms. Gara is further ordered to deliver the defendant back to Pretrial Services by 2:00 p.m. on April 24, 2007, or, if there are transportation delays, to immediately apprise the Pretrial Services Officer.

Upon the Defendant's return to Pretrial Service, the Pretrial Services Officer shall immediately return the Defendant

1 to the U.S. Marshals Office for booking.
2     Osborn is ordered to return to surrender himself to the
3 Pretrial Services Officer by 2:00 p.m. the same day.  The
4 Defendant is ordered not ever to leave the presence of Ms. Gara;
5 not have contact with any potential witness in <u>United States v.
6 Ramirez</u>; not to discuss the case with anyone except for the
7 investigator, his immediate family and his grandfather; and not
8 to violate any state, local, or federal law.
9     Ms. Gara is ordered immediately to notify the Pretrial
10 Services Officer if the Defendant violates his release conditions
11 in any way.
12     IT IS SO ORDERED.
13 Dated: April 23, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE