Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 05-90 FCD |
|---|---|
| Plaintiff, | ) STIPULATION & ORDER TO CONTINUE<br>) JUDGMENT & SENTENCING |
| vs. | ) Court:  Hon. Frank C. Damrell, Jr.<br>) Time:   10:00 a.m.<br>) Date:   August 27, 2007 |
| Robert Osborn, | ) |
| Defendant | |

   Mr. Osborn is scheduled to be sentenced on June 4, 2007.  The probation officer needs time to interview Mr. Osborn and the parties need time to respond to the pre-sentence report.  The parties ask that Mr. Osborn's judgment and sentencing be continued to August 27, 2007 and that date is available with the Court.

   The parties request the following schedule:

   Draft Report:           July 18, 2007

   Informal Objections:    August 6, 2007

   Final Report:           August 13, 2007

   Sentencing Memorandum:  August 20, 2007

   Judgment & Sentencing:  August 27, 2007

///

///

```
Dated: June 1, 2007                    Respectfully submitted,


                                       _____
                                       /s/ Shari Rusk
                                       Attorney for Defendant
                                       Robert Osborn




Dated: June 1, 2007                    _____
                                       Matthew Segal
                                       Assistant United States Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated: June 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE