Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,          )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     vs.                            )<br>                                    )<br>                                    )<br>Robert Osborn,                      )<br>                                    )<br>          Defendant                 | Case No.: CR.S. 05-90 FCD<br><br>STIPULATION & ORDER TO CONTINUE<br>JUDGMENT & SENTENCING<br><br>Court:  Hon. Frank C. Damrell, Jr.<br>Time:   10:00 a.m.<br>Date:   August 27, 2007 |

     Mr. Osborn is scheduled to be sentenced on June 4, 2007.  The probation officer needs time to interview Mr. Osborn and the parties need time to respond to the pre-sentence report.  The parties ask that Mr. Osborn's judgment and sentencing be continued to August 27, 2007 and that date is available with the Court.

     The parties request the following schedule:

          Draft Report:           July 18, 2007

          Informal Objections:    August 6, 2007

          Final Report:           August 13, 2007

          Sentencing Memorandum:  August 20, 2007

          Judgment & Sentencing:  August 27, 2007

///

///

-1-

Dated: June 1, 2007                     Respectfully submitted,

                                        _____
                                        /s/ Shari Rusk
                                        Attorney for Defendant
                                        Robert Osborn


Dated: June 1, 2007                     _____
                                        Matthew Segal
                                        Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED.**

Dated: June 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE