Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


United States of America,

            Plaintiff,

      vs.

Robert Osborn,

            Defendant

_____

) Case No.: 2:05-cr-0090 FCD
)
) STIPULATION & ORDER TO CONTINUE
) JUDGMENT & SENTENCING
)
) Court:  Hon. Frank C. Damrell, Jr.
) Time:   10:00 a.m.
) Date:   September 10, 2007
)
)


      Mr. Osborn is scheduled to be sentenced on August 27, 2007.  Mr.

Osborn needs additional time to respond to the government's objections

to the pre-sentence report.  The parties ask that Mr. Osborn's

judgment and sentencing be continued to September 10, 2007 and that

date is available with the Court.


Dated: August 22, 2007          Respectfully submitted,



                                __/s/ Shari Rusk__
                                /s/ Shari Rusk
                                Attorney for Defendant
                                Robert Osborn

Dated: August 22, 2007                    /s/ Matthew Segal
                                          Matthew Segal
                                           Assistant United States Attorney


**ORDER**

    **IT IS SO ORDERED.**

DATED: August 22, 2007


FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-2-